for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

LEMUEL CARO, Respondent, v. PROGRESSIVE GROCERY STORES, INC., Appellant. — Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

THE CITY OF NEW YORK, Respondent, v. MAX COHEN, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ. Settle order on notice.

JOHN COSTELLO, Appellant, v. CATHARINE COSTELLO, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young and Lazansky, JJ.; Hagarty, J., taking no part.

JACOB EWENTZIK, Respondent, v. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR (CYP. FABRE), Appellant.— Motion for reargument denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Located on the Northeasterly Side of Remsen Avenue between School Lane and Glenwood Road, etc., Borough of Brooklyn, etc.— Motion for payment of award granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ. Settle order on notice before Mr. Justice Lazansky.

In the Matter of the Judicial Settlement of the Account of Proceedings of MARY E. GODLEY, as Executrix, etc., of RICHARD D. GODLEY, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of JAMES A. HAMILTON, Deceased.— Motion for leave to substitute copies of papers granted as to any papers the originals of which are not on file in the surrogate's office. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ. Settle order on notice before Mr. Justice Lazansky.

In the Matter of JAMES A. HAMILTON, Deceased.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of the Application of 1901 OCEAN PARKWAY CORPORATION, Owner, for an Order Fixing the Amount of an Undertaking to Discharge a Mechanic's Lien Filed against Property on the Southeasterly Corner of Ocean Parkway and Avenue S, etc., Borough of Brooklyn, City of New York.— Motion to resettle order of Special Term denied. If petitioner be entitled to any relief, its application should be made to the Special Term. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of the Application of 1901 OCEAN PARKWAY CORPORATION, Owner, for an Order Fixing the Amount of an Undertaking to Discharge a Mechanic's Lien Filed against Property on the Southeasterly Corner of Ocean Parkway and Avenue S, etc., Borough of Brooklyn, City of New York.— Motion for reargument denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of the Application for the Appointment of a Committee of the